```
GARY M. RESTAINO
United States Attorney
District of Arizona
LIZA M. GRANOFF
Florida State Bar No. 0159433
JOSH A.C. ACKERMAN
Arizona State Bar No. 020088
Assistant U.S. Attorneys
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: liza.granoff@usdoj.gov
Email: josh.ackerman@usdoj.gov
Attorneys for Plaintiff
```

FILED
2023 DEC -6 PM 2:47
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA



CR23-02121 TUC-JGZ(EJM)

**VICTIM**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br>   vs.<br><br>Charles Morice Gilmore,<br><br>   Defendant. | **I N D I C T M E N T**<br><br>Violation:<br><br>18 U.S.C. § 844(e)<br>(Conveying False Information<br>Concerning Use of an Explosive) |

**THE GRAND JURY CHARGES:**

From on or about February 28, 2023, to on or about March 10, 2023, in the District of Arizona and elsewhere, the defendant, CHARLES MORICE GILMORE, through the use of the mail, did maliciously convey false information knowing the same to be false, concerning an alleged attempt being made to kill, injure, and intimidate any individual and to unlawfully damage and destroy any building, by means of an explosive device, to wit: CHARLES MORICE GILMORE through the use of the mail, wrote and sent a letter to a judge in the Jasper County Courthouse in Joplin, Missouri, stating that there were four pipe bombs in the building wired to go off by cellphone.

\\

\\

All in violation of Title 18, United States Code, Section 844(e).

A TRUE BILL

/s/

FOREPERSON OF THE GRAND JURY
Dated: December 6, 2023

GARY M. RESTAINO
United States Attorney
District of Arizona

/s/

LIZA M. GRANOFF
JOSH A.C. ACKERMAN
Assistant U.S. Attorneys

REDACTED FOR PUBLIC DISCLOSURE